IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROLAND GRAYBILL and
BRITTANY GRUMBLING,

    *Plaintiffs*,

v.                              Case No.: 5:25cv280-MW/MJF

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for failure to comply with court orders and failure to prosecute." The Clerk shall close the file.

SO ORDERED on January 27, 2026.

                                            s/Mark E. Walker_____
                                            **United States District Judge**